UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20385-CV-GRAHAM/BANDSTRA

WILLIAM APPEL, ROY WIIK, ANNE WIIK,
LESLIE ALLOCCO, FLORENCE KRUSE, and
LINDA DAWSON,

    Plaintiffs,

v.

LIBERTY AMERICAN INSURANCE COMPANY,
LIBERTY AMERICAN INSURANCE GROUP, INC.,
MOBILE HOMEOWNERS' INSURANCE
AGENCIES, INC., a Florida corporation,
*now known as* LIBERTY AMERICAN
INSURANCE SERVICES, INC.,
MOBILE USA INSURANCE COMPANY, *now known
as* LIBERTY AMERICAN SELECT INSURANCE
COMPANY, and, PHILADELPHIA CONSOLIDATED
HOLDING CORPORATION,

    Defendants.
_____/

### ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND SUPPORTING MEMORANDUM OF LAW

THIS MATTER came before the Court upon Plaintiffs' Unopposed Motion for Enlargement of Time to File their Reply in Support of Motion for Class Certification and Supporting Memorandum of Law, (DE 193) and the Court having considered said motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED and Plaintiffs are hereby granted an enlargement of time up to and including August 1, 2011 to file Reply in Support of Motion for Class Certification and Supporting Memorandum of Law.

DONE AND ORDERED in Chambers at Miami, Florida this 25th day of July, 2011.

s/Donald L. Graham
Donald L. Graham

cc.    Counsel of Record