## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-20385-CV-GRAHAM/BANDSTRA

WILLIAM APPEL, ROY WIIK, ANNE WIIK,
LESLIE ALLOCCO, and LINDA DAWSON,

        Plaintiffs,

v.

LIBERTY AMERICAN INSURANCE
COMPANY, LIBERTY AMERICAN
INSURANCE GROUP, INC., MOBILE
HOMEOWNERS' INSURANCE AGENCIES,
INC., a Florida corporation, *now known as*
LIBERTY AMERICAN INSURANCE
SERVICES, INC., MOBILE USA INSURANCE
COMPANY, *now known* LIBERTY AMERICAN
SELECT INSURANCE COMPANY, and
PHILADELPHIA CONSOLIDATED HOLDING
CORPORATION,

        Defendants.

_____/

### ORDER OF DISMISSAL

        **THIS CAUSE** came before the Court upon the Stipulation of Voluntary

Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed by all parties who have appeared in the

above-captioned matter

        **IT IS HEREBY ORDERED** that Philadelphia Consolidated Holding Corporation is

hereby dismissed.

        **DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October,
2011.

        _____
        DONALD L. GRAHAM
        UNITED STATES DISTRICT JUDGE

cc.     Counsel of Record